IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>    Plaintiff,<br><br>    v.<br><br>TD BANKNORTH INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; COMERICA SECURITIES, INC.; CERIDIAN CORPORATION; COMDATA CORPORATION; DILLARD'S, INC.; DILLARD INVESTMENT CO., INC.; LASALLE BANK CORPORATION; LASALLE BANK NATIONAL ASSOCIATION; LASALLE FINANCIAL SERVICES, INC.; ABN AMRO MORTGAGE GROUP, INC.,<br><br>    Defendants. | C.A. No. 06-544<br><br>**DEMAND FOR JURY TRIAL** |

## PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'S
## <u>FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Ronald A. Katz Technology Licensing, L.P. states that it does not have a parent company and that no publicly held corporation owns more than 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

OF COUNSEL:

Robert T. Haslam
Andrew C. Byrnes
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
650.324.7000

Dale A. Rice
Michael K. Plimack
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
415.772.6000

Dated: September 1, 2006
535512

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, true and correct copies of the foregoing were caused to be served upon the following in the manner indicated:

### BY HAND

| | |
|---|---|
| TD Banknorth Inc. | c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE  19808 |
| Ceridian Corporation | c/o National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE  19904 |
| Experian Information Solutions, Inc.;<br>Comerica Incorporated;<br>Comdata Corporation;<br>Dillard's, Inc.;<br>Dillard Investment Co., Inc.;<br>LaSalle Bank Corporation;<br>LaSalle Financial Services, Inc.; and<br>ABN AMRO Mortgage Group, Inc. | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801 |
| Comerica Bank & Trust, N.A. Comerica;<br>Comerica Securities, Inc.; and<br>LaSalle Bank, N.A. | c/o The Honorable Harriet Smith Windsor<br>Secretary of State<br>Division of Corporations<br>401 Federal Street, Suite 4<br>Dover, DE 19901 |

*/s/ Mary B. Graham*

_____
Mary B. Graham  (#2256)