AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### DISTRICT OF DELAWARE

SUMMONS IN A CIVIL ACTION

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,

   Plaintiff,

  v.

CASE NUMBER: 06-544

TD BANKNORTH INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; COMERICA SECURITIES, INC.; CERIDIAN CORPORATION; COMDATA CORPORATION; DILLARD'S, INC.; DILLARD INVESTMENT CO., INC.; LASALLE BANK CORPORATION; LASALLE BANK NATIONAL ASSOCIATION; LASALLE FINANCIAL SERVICES, INC.; ABN AMRO MORTGAGE GROUP, INC.,

   Defendant.

To: EXPERIAN INFORMATION SOLUTIONS, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

  **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Julie Heaney (#3052)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street; P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          9-1-06
_____     _____
CLERK                DATE

[signature]
BY DEPUTY CLERK

535097

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: September 5, 2006 |
| NAME OF SERVER (PRINT): SCOTT BARBER | TITLE: Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of the Summons and Complaint was made upon defendant Experian Information Solutions, Inc. by delivering copies thereof to defendant's registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/5/2006
        Date                Signature of Server

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Wilmington, DE 19801
*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure