AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF __DELAWARE__ _____

**SUMMONS IN A CIVIL ACTION**

RONALD A. KATZ TECHNOLOGY
LICENSING, L.P.,          )

      Plaintiff,       )

**CASE NUMBER:**    0 6 - 5 4 4

    v.        )

TD BANKNORTH INC.; EXPERIAN
INFORMATION SOLUTIONS, INC.;
COMERICA INCORPORATED; COMERICA
BANK & TRUST, NATIONAL ASSOCIATION;
COMERICA SECURITIES, INC.; CERIDIAN
CORPORATION; COMDATA
CORPORATION; DILLARD'S, INC.;
DILLARD INVESTMENT CO., INC.;
LASALLE BANK CORPORATION; LASALLE
BANK NATIONAL ASSOCIATION; LASALLE
FINANCIAL SERVICES, INC.; ABN AMRO
MORTGAGE GROUP, INC.,

      Defendants.   )

TO: COMERICA INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

     **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY:

Julia Heaney (#3052)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street; P.O. Box 1347
Wilmington, DE  19899-1347
302-658-9200

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons
upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

PETER T. DALLEO

9-1-06

CLERK

DATE

BY DEPUTY CLERK
534921

AO 440 (REV. 10/93) Summons In a Civil Action

---

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE September 5, 2006 |
|---|---|
| NAME OF SERVER (PRINT) *Scott Barber* | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify):  Service of the Summons and Complaint was made upon defendant Comerica Incorporated by delivering copies thereof to defendant's registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE  19801.

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **9/5/2006**        _____
                    *Date*                          *Signature of Server*

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Wilmington, DE  19801
*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure