# United States District Court

DISTRICT OF **DELAWARE**

RONALD A. KATZ TECHNOLOGY )
LICENSING, L.P., )
)
    Plaintiff, )
)   **SUMMONS IN A CIVIL ACTION**
    v. )
)   CASE NUMBER:   0 6 - 5 4 4
TD BANKNORTH INC.; EXPERIAN )
INFORMATION SOLUTIONS, INC.; )
COMERICA INCORPORATED; COMERICA )
BANK & TRUST, NATIONAL ASSOCIATION; )
COMERICA SECURITIES, INC.; CERIDIAN )
CORPORATION; COMDATA )
CORPORATION; DILLARD'S, INC.; )
DILLARD INVESTMENT CO., INC.; )
LASALLE BANK CORPORATION; LASALLE )
BANK NATIONAL ASSOCIATION; LASALLE )
FINANCIAL SERVICES, INC.; ABN AMRO )
MORTGAGE GROUP, INC., )
)
    Defendants. )

TO: CERIDIAN CORP.
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Julia Heaney (#3052)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street; P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                       9-1-06
_____        _____
CLERK                                                       DATE

BY DEPUTY CLERK
535021

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>September 5, 2006 |
| NAME OF SERVER (PRINT)<br>Richard Riley | TITLE<br>Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Service of the Summons and Complaint was made upon defendant Ceridian Corporation by delivering copies thereof to defendant's registered agent, National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/5/06
        Date            Signature of Server

Blue Marble Logistics
800 King Street, Suite 102
Wilmington, DE 19801
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure