IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 06-544 (GMS) |
| TD BANKNORTH INC., et al., ) ) | |
| Defendants. ) ) | |

DECLARATION OF MAILING AND OF SERVICE PURSUANT TO D. DEL. L.R. 4.1(b)

I, Benjamin J. Schladweiler, declare as follows:

1. I am an associate in the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel for plaintiff in this action.

2. Copies of the summonses and complaint in this action were served on September 5, 2006 on Comerica Bank & Trust, N.A., Comerica Securities, Inc., and LaSalle Bank N.A. pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State with the statutory fee of $2.00.

3. Copies of the summonses showing service on the Secretary of State were filed on September 6, 2006.

4. On September 6, 2006, copies of the summonses, complaint, and Notice of Availability of a United States Magistrate Judge were sent by Registered Mail, Return Receipt Requested, to:

    Comerica Bank & Trust, N.A.
    Comerica Tower at Detroit Center
    500 Woodward Avenue
    Detroit, MI  48226

      Comerica Securities, Inc
      201 West Ford Street
      Detroit, MI 48226

      LaSalle Bank, N.A.
      135 LaSalle Street
      Chicago, IL 60603

      5.    I attach the registered mail receipts showing that the summonses and complaint were delivered to Comerica Bank & Trust, N.A., Comerica Securities, Inc., and LaSalle Bank N.A. as Exhibit A.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2006

                                        */s/ Benjamin J. Schladweiler*
                                        Benjamin J. Schladweiler (#4601)

537575

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Comercia Bank & Trust, N.A.
   Comercia Tower at Detroit
   Center
   500 Woodward Avenue
   Detroit, MI 48226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  B M[illegible]         ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 9/11/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☒ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   RA 614 328 469 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LaSalle Bank
   135 LaSalle St
   Chicago, IL 60603

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  E. Amaro         ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   E. Amaro

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   SEP 12 2006

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   RA 614 328 472 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Comercia Securities
   201 West Ford St
   Detroit, MI 48226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Bason Cogley     ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 9/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   RA 614 328 441 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540