IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TD BANKNORTH INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 06-544 (GMS) |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS Dillard's, Inc. and Dillard Investment Co., Inc. (collectively, "Dillards") have requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow the additional time necessary to evaluate more fully the allegations of the Complaint and their response to the allegations;

WHEREAS Dillards stipulates that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and Dillards, subject to the approval of the Court, that Dillards may have until October 26, 2006 to answer, move or otherwise plead in response to the Complaint.

RLF1-3060801-1

|  |  |
|---|---|
| /s/ Mary B. Graham | /s/ William Wade |
| Mary B. Graham (#2256) | William J. Wade (#704) |
| Julia Heaney (#3052) | Richards, Layton & Finger, P.A. |
| Benjamin J. Schladweiler (#4601) | One Rodney Square |
| Morris, Nicholas, Arsht & Tunnell LLP | Wilmington, Delaware 19801 |
| 1201 N. Market Street | (302) 651-7700 |
| P.O. Box 1347 | |
| Wilmington, Delaware 19899-1347 | *Attorneys for Dillards, Inc. and Dillard* |
| (302) 658-9200 | *Investment Co., Inc.* |

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

Dated: September 21, 2006


SO ORDERED this ___ day of September, 2006.


_____
UNITED STATES DISTRICT JUDGE