IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TD BANKNORTH INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-544 (GMS) |

### STIPULATION AND ORDER TO EXTEND TIME

WHEREAS TD BankNorth, Inc. ("TD BankNorth") has requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow it the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

WHEREAS TD BankNorth stipulates that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and TD BankNorth, subject to the approval of the Court, that TD BankNorth may have until October 26, 2006 to answer, move or otherwise plead in response to the Complaint.

RLF1-3060796-1

| | |
|---|---|
| /s/ Mary B. Graham | *[signature]* |
| Mary B. Graham (#2256) | William J. Wade (#704) |
| Julia Heaney (#3052) | Richards, Layton & Finger, P.A. |
| Benjamin J. Schladweiler (#4601) | One Rodney Square |
| Morris, Nichols, Arsht & Tunnell LLP | Wilmington, Delaware  19801 |
| 1201 N. Market Street | (302) 651-7700 |
| P.O. Box 1347 | |
| Wilmington, Delaware  19899-1347 | *Attorneys for TD TD BankNorth Inc.* |
| (302) 658-9200 | |

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

Dated: September ___, 2006


SO ORDERED this ___ day of September, 2006.


_____
UNITED STATES DISTRICT JUDGE