IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 06-544 (GMS) ) |
| TD BANKNORTH INC., et al., | ) ) |
| Defendants. | ) ) ) |

## STIPULATION TO EXTEND TIME

WHEREAS each of the defendants named in this stipulation has requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow it the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

WHEREAS each of the defendants named in this stipulation has agreed that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and defendants LaSalle Bank Corporation, LaSalle Bank National Association, LaSalle Financial Services, Inc. and ABN AMRO Mortgage Group, Inc., subject to the approval of the Court, that each of these defendants may have until October 26, 2006 to answer, move or otherwise plead in response to the Complaint.

- 2 -

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Julia Heaney (#3052)*
                                      _____
                                      Mary B. Graham (#2256)
                                      Julia Heaney (#3052)
                                      Benjamin J. Schladweiler (#4601)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899-1347
                                      302.658.9200

                                      *Attorneys for Plaintiff*
                                      *Ronald A. Katz Technology Licensing, L.P.*

Dated:  September 25, 2006


SO ORDERED this ___ day of September, 2006.


                                      _____
                                      UNITED STATES DISTRICT JUDGE