IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILMINGTON DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TD BANKNORTH INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; COMERICA SECURITIES, INC.; CERIDIAN CORPORATION; COMDATA CORPORATION; DILLARD'S, INC.; DILLARD INVESTMENT CO., INC.; LASALLE BANK CORPORATION; LASALLE BANK NATIONAL ASSOCIATION; LASALLE FINANCIAL SERVICES, INC.; ABN AMRO MORTGAGE GROUP, INC.,<br><br>　　　　　　Defendants. | CASE NO. 1:06-CV-00544-UNA |

**NOTICE OF FILING MOTION FOR TRANSFER AND CONSOLIDATION OF KATZ TECHNOLOGY LICENSING PATENT LITIGATION PURSUANT TO 28 U.S.C. § 1407**

HAROLD J. McELHINNY
RACHEL KREVANS
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Non-Parties
TARGET CORPORATION;
TARGET BANK; and
TARGET NATIONAL BANK

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

PLEASE TAKE NOTICE that pursuant to J.P.M.L. Rule 5.2(b), on October 6, 2006, Target Corporation, Target Bank, and Target National Bank filed their Motion for Transfer and Consolidation of Katz Technology Licensing Patent Litigation Pursuant to 28 U.S.C. § 1407 with the Judicial Panel on Multidistrict Litigation in Washington, D.C. Enclosed with this notice are copies of the motion for transfer and consolidation and all documents in support thereof.

Dated: October 6, 2006

By: *Harold McElhinny*
Harold J. McElhinny
Rachel Krevans
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Non-Parties
TARGET CORPORATION; TARGET BANK; and TARGET NATIONAL BANK

NOTICE OF FILING MOTION FOR TRANSFER AND CONSOLIDATION OF KATZ TECHNOLOGY
LICENSING PATENT LITIGATION PURSUANT TO 28 U.S.C. § 1407
sd-336927