IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 06-544 (GMS) |
| TD BANKNORTH INC., et al., | ) ) ) |
| Defendants. | ) ) |

## STIPULATION TO EXTEND TIME

WHEREAS each of the defendants named in this stipulation has requested a second extension of time to answer, move or otherwise plead in response to the Complaint because the parties are actively involved in licensing negotiations and believe that they may be able to reach agreement;

WHEREAS each of the defendants named in this stipulation agrees that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and defendants LaSalle Bank Corporation, LaSalle Bank National Association, LaSalle Financial Services, Inc., and ABN AMRO Mortgage Group, Inc., subject to the approval of the Court, that each of these defendants may have until November 15, 2006 to answer, move or otherwise plead in response to the Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.658.9200

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

October 23, 2006

SO ORDERED this ___ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>William J. Wade
>Richards, Layton & Finger
>wade@rlf.com
>
>Philip A. Rovner
>Potter Anderson & Corroon, LLP
>provner@potteranderson.com
>
>Paul J. Lockwood
>Skadden, Arps, Slate, Meagher & Flom
>plockwood@skadden.com

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com