IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TD BANKNORTH INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 06-544-GMS ) ) **JURY TRIAL DEMANDED** ) ) ) ) |

## MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Martin J. Black and Andrew J. Mottes of Dechert LLP to represent Defendant TD Banknorth, Inc. in the above-captioned case.

OF COUNSEL:

Martin J. Black
Andrew J. Mottes
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Dated: October 26, 2006

/s/ Anne Shea Gaza
William J. Wade (#704)
Anne Shea Gaza (#4093)
wade@rlf.com
gaza@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
*Attorneys for Defendant TD Banknorth, Inc.*

## ORDER GRANTING MOTION

SO ORDERED this _____ day of October, 2006.

_____
Honorable Gregory M. Sleet

RLF1-3074263-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bars of Pennsylvania and New Jersey and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

*[signature]*
Martin J. Black, Esquire
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808

Dated: October 25, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of Pennsylvania and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Andrew J. Mottes, Esquire
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808

Dated: October 25, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 26, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Mary B. Graham<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899 | Richard L. Horwitz<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| Paul J. Lockwood<br>Skadden, Arps, Slate, Meagher & Flom<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899 | Philip A. Rovner<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |

I hereby certify that on October 26, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

| | |
|---|---|
| Andrew C. Byrnes<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025-3506 | Thomas Dunham<br>Howrey LLP<br>1299 Pennsylvania Ave, NW<br>Washington, DC 20004 |
| Daniel A. DeVito<br>Guy Perry<br>Marti Johnson<br>Elizabeth Weiskopf<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY 10036 | Kenneth R. Adamo<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190 |

RLF1-3072209-1

Samuel J. Najim
Olivia E. Marbutt
Jones Day
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053

David Roodman
Lisa Martin
Ameer Gado
Bryan Cave LLP
One Metropolitan Sq.
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Kevin G. McBride
Jones Day
555 South Flower St.
Fiftieth Floor
Los Angeles, CA 90071

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700