IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | C.A. No.06-544-GMS |
| TD BANKNORTH INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; COMERICA SECURITIES, INC.; CERIDIAN CORPORATION; COMDATA CORPORATION; DILLARD'S, INC.' DILLARD INVESTMENT CO., INC.; LASALLE BANK CORPORATION; LASALLE BANK NATIONAL ASSOCIATION; LASALLE FINANCIAL SERVICES, INC.; ABN AMRO MORTGAGE GROUP, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) ) | |

**DEFENDANT TD BANKNORTH, INC.'S DISCLOSURE STATEMENT
PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TD Banknorth,

Inc. ("TD Banknorth"), through its attorneys, states that TD Banknorth is a majority-owned

subsidiary of The Toronto-Dominion Bank, d/b/a TD Bank Financial Group, a publicly-traded

company. No other publicly held corporation owns 10% or more of the stock of TD Banknorth.

OF COUNSEL:

Martin J. Black
Andrew J. Mottes
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793


Dated: October 26, 2006

*Anne Shea Gaza*
William J. Wade (#704)
Anne Shea Gaza (#4093)
wade@rlf.com
gaza@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
*Attorneys for Defendant*
*TD Banknorth, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, I caused to be served by hand delivery the

foregoing document and electronically filed the same with the Clerk of Court using CM/ECF

which will send notification of such filing(s) to the following:

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Paul J. Lockwood
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on October 26, 2006, I caused to be sent by Federal Express the

foregoing document to the following non-registered participant:

Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Thomas Dunham
Howrey LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004

Daniel A. DeVito
Guy Perry
Marti Johnson
Elizabeth Weiskopf
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Kenneth R. Adamo
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

RLF1-3072209-1

Samuel J. Najim
Olivia E. Marbutt
Jones Day
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053

David Roodman
Lisa Martin
Ameer Gado
Bryan Cave LLP
One Metropolitan Sq.
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Kevin G. McBride
Jones Day
555 South Flower St.
Fiftieth Floor
Los Angeles, CA 90071

_Anne Shea Gaza_
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700