IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TD BANKNORTH INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; COMERICA SECURITIES, INC.; CERIDIAN CORPORATION; COMDATA CORPORATION; DILLARD'S, INC.' DILLARD INVESTMENT CO., INC.; LASALLE BANK CORPORATION; LASALLE BANK NATIONAL ASSOCIATION; LASALLE FINANCIAL SERVICES, INC.; ABN AMRO MORTGAGE GROUP, INC., <br><br> Defendants. | C.A. No.06-544-GMS <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANTS DILLARD'S INC. AND DILLARD INVESTMENT CO., INC.'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Dillard's Inc. and Dillard Investment, Co., Inc. hereby identify all parent corporations and any publicly held company that owns ten percent (10%) or more of the party's stock, as follows:

1. **Defendant Dillard's Inc.:** Dillard's Inc. has no parent corporation and no publicly held company owns 10% or more of its stock.

2. **Defendant Dillard Investment Co., Inc.:** Dillard Investment Co., Inc. is a wholly owned subsidiary of Dillard's Inc. and no publicly held company owns 10% or more of its stock.

| | |
|---|---|
| OF COUNSEL:<br>David A. Roodman<br>Lisa Martin<br>Ameer Gado<br>Bryan Cave LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, Missouri 63102<br>Telephone: (314) 259-2000<br><br>Dated: October 26, 2006 | */s/ Anne Shea Gaza*<br>William J. Wade (#704)<br>Anne Shea Gaza (#4093)<br>wade@rlf.com<br>gaza@rlf.com<br>Richards, Layton & Finger P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>Telephone: (302) 651-7700<br>*Attorneys for Defendants Dillard's Inc. and Dillard Investment Co., Inc.* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Paul J. Lockwood
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

William J. Wade
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on October 26, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Daniel A. DeVito
Guy Perry
Marti Johnson
Elizabeth Weiskopf
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Martin J. Black
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Samuel J. Najim
Olivia E. Marbutt
Jones Day
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053

Thomas Dunham
Howrey LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004

Kenneth R. Adamo
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Kevin G. McBride
Jones Day
555 South Flower St.
Fiftieth Floor
Los Angeles, CA 90071

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3075135-1