**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-544-GMS |
| v. | ) ) | |
| TD BANKNORTH INC., *et al.,* | ) ) | |
| Defendants. | ) ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Experian Information Solutions, Inc., a nongovernmental corporation organized and existing under the laws of the State of Ohio, hereby discloses that its parent company is Experian Group Limited and that no other corporation owns ten percent or more of Experian Information Solution, Inc.'s stock. Experian Group Limited is publicly traded on the London Stock Exchange.

OF COUNSEL:                                              POTTER ANDERSON & CORROON LLP

Kenneth R. Adamo
JONES DAY
2727 North Harwood Street                               By:  /s/ Philip A. Rovner
Dallas, TX  75201-1515                                         Philip A. Rovner (#3215)
(214) 220-3939                                                 Hercules Plaza
                                                               P.O. Box 951
Samuel J. Najim                                                Wilmington, DE 19899
JONES DAY                                                      (302) 984-6000
1420 Peachtree Street, N.E.                                    provner@potteranderson.com
Suite 800
Atlanta, GA  30309-3053                                 *Attorneys for Defendant*
(404) 521-3939                                          *Experian Information Solutions, Inc.*

Kevin G. McBride
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
(213) 489-3939

Dated:  October 26, 2006

758006

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on October 26, 2006, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from

CM/ECF.

**BY CM-ECF, E-MAIL  AND HAND DELIVERY**

Mary B. Graham, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
mgraham@mnat.com
jheaney@mnat.com

**BY CM-ECF AND E-MAIL**

Paul J. Lockwood, Esq.
Skadden, Arps, Slate,Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
plockwoo@skadden.com

**BY CM-ECF AND E-MAIL**

William J. Wade, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801
wade@rlf.com
gaza@rlf.com

**BY CM-ECF AND E-MAIL**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

_____/s/ Philip A. Rovner_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com