IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TD BANKNORTH INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-544 (GMS) |

## COMERICA BANK & TRUST, N.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Comerica Bank & Trust, N.A., by its attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, states as follows: Comerica Bank & Trust, N.A. is a subsidiary of Comerica Incorporated, a publicly traded company. No other publicly held corporation has an ownership interest of 10% or more in Bank & Trust, N.A.

DATED: October 26, 2006

/s/ Paul J. Lockwood
Paul J. Lockwood (# 3369)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Tel.: (302)651.3000
Fax: (302)651.3001

1

Daniel A. DeVito
Guy Perry
Marti A. Johnson
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
New York, NY 10036
Tel.: (212)735-3000
Fax: (212)735-2000

*Attorneys for Defendants
Comerica Incorporated, Comerica Bank &
Trust, N.A. and Comerica Securities, Inc.*

474646.01-Wilmington Server 1A - MSW

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2006, I electronically filed Answer And Counterclaims Of Comerica Incorporated, Comerica Securities, Inc. And Comerica Bank & Trust, N.A., Comerica Incorporated's Corporate Disclosure Statement, Comerica Bank & Trust, N.A.'s Corporate Disclosure Statement, and Comerica Securities, Inc.'s Corporate Disclosure Statement with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

Mary B. Graham, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mbgefiling@mnat.com

William J. Wade, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7718
wade@rlf.com

Philip A. Rovner, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com

/s/ Paul J. Lockwood
Paul J. Lockwood (I.D. #3369)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Tel.: (302) 651-3000
Fax: (302) 651-3001
plockwoo@skadden.com

*Attorneys For Defendants
Comerica Incorporated, Comerica Bank &
Trust, N.A. and Comerica Securities, Inc.*