IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>    Plaintiff,<br><br>    v.<br><br>TD BANKNORTH INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; COMERICA SECURITIES, INC.; CERIDIAN CORPORATION; COMDATA CORPORATION; DILLARD'S, INC.; DILLARD INVESTMENT CO., INC.; LASALLE BANK CORPORATION; LASALLE BANK NATIONAL ASSOCIATION; LASALLE FINANCIAL SERVICES, INC.; ABN AMRO MORTGAGE GROUP, INC.,<br><br>    Defendants. | Civil Action No. 06-CV-544 (GMS)<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS LASALLE BANK CORPORATION'S, LASALLE BANK NATIONAL ASSOCIATION'S, LASALLE FINANCIAL SERVICES, INC.'S AND ABN AMRO MORTGAGE GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendants LaSalle Bank Corporation, LaSalle Bank National Association, LaSalle Financial Services, Inc. and ABM AMRO Mortgage Group, Inc. submit the following in accordance with Federal Rule of Civil Procedure 7.1:

As to Defendant LaSalle Bank Corporation, ABN AMRO Holding N.V. owns ABN AMRO Bank N.V. which in turn owns ABN AMRO North America Holding Company which in turn owns LaSalle Bank Corporation.

As to Defendant LaSalle Bank National Association, ABN AMRO Holding N.V. owns ABN AMRO Bank N.V. which in turn owns ABN AMRO North America Holding Company

which in turn owns LaSalle Bank Corporation which in turn owns LaSalle Bank National Association.

As to Defendant LaSalle Financial Services, Inc., ABN AMRO Holding N.V. owns ABN AMRO Bank N.V. which in turn owns ABN AMRO North America Holding Company which in turn owns LaSalle Bank Corporation which in turn owns LaSalle Financial Services, Inc.

As to Defendant ABN AMRO Mortgage Group, Inc., ABN AMRO Holding N.V. owns ABN AMRO Bank N.V. which in turn owns ABN AMRO North America Holding Company which in turn owns LaSalle Bank Corporation which in turn owns LaSalle Bank Midwest National Association which in turn owns ABN AMRO Mortgage Group, Inc.

Additionally, no publicly held corporation owns 10% or more of the stock of ABN AMRO Holding N.V.

Dated: October 26, 2006          By:   */s/ Richard K. Herrmann*
                                       Richard K. Herrmann #405
                                       MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                       222 Delaware Avenue, 10th Floor
                                       Wilmington, DE  19801
                                       302.888.6800
                                       rherrmann@morrisjames.com

                                       *Attorneys for Defendants*
                                       *LaSalle Bank Corporation,*
                                       *LaSalle Bank National Association,*
                                       *LaSalle Financial Services, Inc. and*
                                       *ABN AMRO Mortgage Group, Inc.*

*Of Counsel:*
Michael Bednarek
June E. Cohan
PAUL HASTINGS JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C.  20005
202.551.1700 (telephone)
202.551.1705 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2006, I electronically filed the foregoing document, **DEFENDANTS LASALLE BANK CORPORATION'S, LASALLE BANK NATIONAL ASSOCIATION'S, LASALLE FINANCIAL SERVICES, INC.'S AND ABN AMRO MORTGAGE GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Mary B. Graham<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE  19801 | Anne Shea Gaza<br>Richards, Layton & Finger P.A.<br>One Rodney Square,<br>920 North King Street<br>Wilmington, Delaware 19801 |
| Paul J. Lockwood<br>Skadden, Arps, Slate, Meagher & Flom<br>One Rodney Square<br>Wilmington, DE  19801 | Philip A. Rovner<br>Potter Anderson & Corroon LLP<br>Hercules Plaze, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 |
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | |

Additionally, I hereby certify that on the 26th day of October, 2006, the foregoing document was served email and via hand delivery on the above referenced attorneys and via email on the following non-registered participants:

| | |
|---|---|
| Andrew C. Bynes<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, CA  94025-3506 | Martin J. Black<br>Andrew J. Mottes<br>Dechert LLP<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA  19103-2793 |

| | |
|---|---|
| Michael K. Plimack<br>Dale A. Rice<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878 | Kenneth R. Adamo<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201-1515 |
| Thomas M. Dunham<br>Howrey LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2402 | Samuel J. Najim<br>Jones Day<br>1420 Peachtree Street, NE, Suite 800<br>Atlanta, GA 30309-3053 |
| David A. Roodman<br>Ameer Gado<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102-2750 | Kevin G. McBride<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071-2300 |
| Daniel A. DeVito<br>Guy Perry<br>Marti A. Johnson<br>Skadden, Arps, Slate, Meagher & Flom<br>New York, NY 10036 | |

By: ___*/s/ Richard K. Herrmann*___
    Richard K. Herrmann #405
    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
    222 Delaware Avenue, 10th Floor
    Wilmington, DE 19801
    302.888.6800
    rherrmann@morrisjames.com

    *Attorneys for Defendants*
    *LaSalle Bank Corporation,*
    *LaSalle Bank National Association,*
    *LaSalle Financial Services, Inc. and*
    *ABN AMRO Mortgage Group, Inc.*