**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>      Plaintiff,<br><br>      v.<br><br>TD BANKNORTH INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; COMERICA INCORPORATED; COMERICA BANK & TRUST, NATIONAL ASSOCIATION; COMERICA SECURITIES, INC.; CERIDIAN CORPORATION; COMDATA CORPORATION; DILLARD'S, INC.; DILLARD INVESTMENT CO., INC.; LASALLE BANK CORPORATION; LASALLE BANK NATIONAL ASSOCIATION; LASALLE FINANCIAL SERVICES, INC.; ABN AMRO MORTGAGE GROUP, INC.,<br><br>      Defendants. | Civil Action No.  06-CV-544 (GMS)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF FILING OF DOCUMENTS
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

PLEASE TAKE NOTICE that Defendants LaSalle Bank Corporation, LaSalle Bank National Association, LaSalle Financial Services, Inc. and ABN AMRO Mortgage Group, Inc. (collectively "LaSalle") filed the documents attached as Exhibit A before the Judicial Panel on Multidistrict Litigation on November 6, 2006.  The attached documents are relevant to the following civil actions pending in the District of Delaware before Judge Sleet:  06-CV-543-GMS, 06-CV-544-GMS, 06-CV-545-GMS, 06-CV-546-GMS, 06-CV-547-GMS.

Dated: November 7, 2006          By:     /s/ Richard K. Herrmann
                                          Richard K. Herrmann #405
                                          MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                          222 Delaware Avenue, 10th Floor
                                          Wilmington, DE  19801
                                          (302) 888-6800
                                          rherrmann@morrisjames.com

                                          *Attorneys for Defendants*
                                          *LaSalle Bank Corporation,*
                                          *LaSalle Bank National Association,*
                                          *LaSalle Financial Services, Inc. and*
                                          *ABN AMRO Mortgage Group, Inc.*

*Of Counsel:*
Michael Bednarek
June E. Cohan
PAUL HASTINGS JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C.  20005
(202) 551-1700

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2006, I electronically filed the foregoing document, **NOTICE OF FILING OF DOCUMENTS BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801

Anne Shea Gaza
Richards, Layton & Finger P.A.
One Rodney Square,
920 North King Street
Wilmington, Delaware 19801

Paul J. Lockwood
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
Wilmington, DE  19801

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaze, 6th Floor
1313 North Market Street
Wilmington, DE  19801

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 7th day of November, 2006, the foregoing document was served email and via hand delivery on the above referenced attorneys and via email on the following non-registered participants:

Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025-3506

Martin J. Black
Andrew J. Mottes
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793

Michael K. Plimack
Dale A. Rice
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878

Thomas M. Dunham
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2402

David A. Roodman
Ameer Gado
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102-2750

Daniel A. DeVito
Guy Perry
Marti A. Johnson
Skadden, Arps, Slate, Meagher & Flom
New York, NY  10036

Kenneth R. Adamo
Jones Day
2727 North Harwood Street
Dallas, TX  75201-1515

Samuel J. Najim
Jones Day
1420 Peachtree Street, NE, Suite 800
Atlanta, GA  30309-3053

Kevin G. McBride
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2300

By:    /s/ Richard K. Herrmann
    Richard K. Herrmann #405
    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
    222 Delaware Avenue, 10th Floor
    Wilmington, DE  19801
    (302) 888-6800
    rherrmann@morrisjames.com

    *Attorneys for Defendants*
    *LaSalle Bank Corporation,*
    *LaSalle Bank National Association,*
    *LaSalle Financial Services, Inc. and*
    *ABN AMRO Mortgage Group, Inc.*

# EXHIBIT   A

RECEIVED
CLERK'S OFFICE

2006 NOV -6  P 3: 43

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: | ) |
| | ) |
| Katz Technology Licensing Patent Litigation | )    MDL Docket No. 1816 |
| | ) |
| | ) |

## OPPOSITION OF LASALLE BANK CORPORATION, LASALLE BANK NATIONAL ASSOCIATION, LASALLE FINANCIAL SERVICES, INC., AND ABN AMRO MORTGAGE GROUP, INC. TO TARGET'S MOTION FOR TRANSFER AND CONSOLIDATION OF KATZ TECHNOLOGY LICENSING PATENT LITIGATION PURSUANT TO 28 U.S.C. § 1407

Michael Bednarek
June E. Cohan
PAUL HASTINGS JANOFSKY
& WALKER LLP
875 Fifteenth Street, NW
Washington, DC 20005
202.551.1700 telephone
202.551.1705 facsimile

*Counsel for LaSalle Bank Corporation,
LaSalle Bank National Association,
LaSalle Financial Services, Inc., and
ABN AMRO Mortgage Group, Inc.*

Defendants LaSalle Bank Corporation, LaSalle Bank National Association, LaSalle Financial Services, Inc., and ABN AMRO Mortgage Group, Inc. (collectively "LaSalle"), named defendants in Civil Action No. 06-CV-544 in the United States District Court for the District of Delaware, oppose the Motion for Transfer and Consolidation of Katz Technology Licensing Patent Litigation (the "Motion") filed by Target Corporation, Target Bank, and Target National Bank (collectively "Target").

LaSalle opposes the Motion, because Target has failed to establish that all of the factors necessary for consolidation under 28 U.S.C. § 1407 exist. Consolidation is only appropriate if: (1) the actions involve one or more common questions of fact; (2) the transfer would further the just and efficient conduct of the actions; and (3) the transfer would serve the convenience of the parties and witnesses. None of these factors exist with respect to the pending Katz actions, and thus the Motion should be denied.

First, the 25 pending actions do not present common questions of fact, because different claims of different patents are asserted in the various actions, and the accused technologies of each of the 168 defendants (or groups of defendants) are highly disparate. Attempting to maintain a single action with substantial non-overlapping issues will increase discovery costs for the parties, require a significant investment of the court's time and resources, and impede, rather than enhance, judicial economy.

Second, transfer would not further the just and efficient conduct of the actions, given that the actions are at very different stages of litigation. Two actions in the Texarkana division have been pending since July 2005, but the remaining actions were filed over a year later, in August or September of 2006. Consolidation would result in significantly delaying the Texarkana actions, thus prejudicing the parties to those actions who undoubtedly desire resolution as soon as

2

possible. With only two districts and three judges involved, formal consolidation is not needed in order to minimize the possibility of duplicative discovery and /or inconsistent rulings in pre-trial proceedings.

Third, transfer will not serve the convenience of the parties and witnesses. Transfer to the Central District of California or the Eastern District of Texas is detrimental to LaSalle. The inconvenience, additional cost and availability of witnesses weigh against transferring the action. LaSalle Bank Corporation and LaSalle Financial Services, Inc. are Delaware corporations, and share a principal place of business in Chicago, Illinois with LaSalle Bank National Association. ABN AMRO Mortgage Group, Inc. is a Delaware corporation having a principal place of business in Ann Arbor, Michigan. Thus, they are largely based in the East Coast, and conduct their business from the Mid-West. Although the litigation is in its early stages and not all witnesses have been identified yet, LaSalle anticipates most of its witnesses will come from the Mid-West or the East Coast, and thus Delaware will be more convenient for them as well.

In addition to the above-stated reasons opposing consolidation, LaSalle responds to the averments made by Target in its Motion as follows:

1.      LaSalle admits that the Motion requests the transfer and consolidation of multiple actions ("the Actions") currently pending in two judicial districts for alleged patent infringement. LaSalle admits that these actions were filed by Ronald A. Katz Technology Licensing, L.P. ("Katz") and that twenty-three (23) of the Actions were filed within the last two months (the "Newly Filed Actions"). LaSalle denies that these are the only actions implicated by the Motion since an additional action was also filed by Katz, *Ronald A. Katz Technology Licensing, L.P. v. Genesys Conferencing, Inc., et al.*, 5:06-CV-187 (E.D. Tex.) (Texarkana Division), that was apparently inadvertently omitted.

- 3 -

2.      LaSalle admits, on information and belief, that Katz is a limited partnership
organized under the laws of the State of California and having a principal place of business in
Los Angeles, California. LaSalle also admits that Ronald A. Katz purports to be the founder of
Katz and is the sole named inventor of each of the patents asserted in the Actions.

3.      LaSalle admits each of the Actions involves a series of related patents that Katz
refers to as the "interactive call processing patents." LaSalle denies that the same patents are
involved in each of the Actions, because in most of the Actions different patents are asserted
against the individual defendants. LaSalle admits that according to Katz more than 50 United
States patents have issued to Katz for his claimed inventions in the interactive call processing
field, including the twenty-seven (27) patents collectively asserted in the various Actions.

4.      LaSalle admits that in each of the Actions, Katz asserts that the defendants
infringe selected interactive call processing patents by making, using, offering to sell, and/or
selling automated telephone systems.

5.      LaSalle admits that at least two courts have previous experience with Katz's
interactive call processing patents, and that several of the patents asserted against Target were
previously asserted against AT&T Corporation and related companies in the United States
District Court for the Eastern District of Pennsylvania in 1997. *See Katz v. AT&T Corp.*, 63 F.
Supp. 2d 583 (E.D. Pa. 1999) (the "*AT&T* case"). LaSalle further admits that in connection with
the *AT&T* case, District Judge Lowell A. Reed issued a 63-page claim construction order
construing claim terms from five of the patents asserted in that litigation.

6.      LaSalle admits that fourteen (14) of the patents involved in the various Actions
were also the subject of a declaratory judgment action and related counterclaim in the United
States District Court for the Central District of California in *Verizon Cal., Inc. v. Ronald A. Katz
Technology Licensing, L.P.*, No. 1-CV-9871 (C.D. Cal.) (the "*Verizon* case"). LaSalle admits

- 4 -

that in the *Verizon* case, District Judge R. Gary Klausner spent approximately three (3) years presiding over the dispute in the *Verizon* case until it settled approximately one month before trial was set to commence.

7.      LaSalle admits that Judge Klausner construed some of the same claim terms involved in the *AT&T* case as well as many other terms of the interactive call processing patents not previously addressed by Judge Reed. *See Verizon Cal., Inc. v. Ronald A. Katz Tech. Licensing, L.P.*, 326 F. Supp. 2d 1060 (C.D. Cal. 2003).

8.      LaSalle admits that Judge Klausner decided cross-motions for summary judgment in the *Verizon* case in December 2003, granting-in-part and denying-in-part both Katz's motion for summary judgment of infringement and Verizon's motion for summary judgment of non-infringement, prosecution laches and invalidity. *Verizon Cal., Inc. v. Ronald A. Katz Technology Licensing, L.P.*, No. 01-CV-09871 RGK, 2003 U.S. Dist. LEXIS 23553 (C.D. Cal. Dec. 2, 2003). LaSalle admits that as part of his summary judgment order, Judge Klausner further construed claim terms clarifying certain of his prior constructions and construing other terms for the first time.

9.      LaSalle admits that in July 2005 Katz filed an additional suit asserting twenty-two (22) of the interactive call processing patents in *Ronald A. Katz Technology Licensing, L.P. v. Citibank, N.A., et al.*, No. 5:05-CV-142 (E.D. Tex.) (Texarkana Division) ("the *Citibank* case"). LaSalle further admits that in August 2006, Judge Folsom entered an order limiting the number of patents and claims asserted in the *Citibank* case from twenty (20) patents and over eight hundred (800) claims to sixteen (16) patents and eighteen (18) claims. The *Citibank* court then severed and stayed the litigation as to the remaining patents and claims Katz originally asserted.

10.     LaSalle admits that on August 21, 2006, Katz filed six additional actions in three different divisions of the United States District Court for the Eastern District of Texas. LaSalle

- 5 -

further admits that the district court in the Lufkin Division *sua sponte* split two of these actions into fifteen separate actions so that there are approximately twenty actions currently pending in the Eastern District of Texas, pending possible further proceedings.

11.     LaSalle admits that on September 1, 2006, five additional actions were filed on behalf of Katz in the United States District Court for the District of Delaware ("D. Del."), primarily against defendants incorporated in the State of Delaware. These actions are all assigned to the Honorable Gregory M. Sleet.

12.     LaSalle admits that all of the pending Actions were filed in federal court.

13.     LaSalle admits that each of the Actions alleges infringement of various patents from Katz's interactive call processing patent portfolio. LaSalle admits that there appears to be an overlap with the patents asserted in a number of Actions, but denies that the same patents are asserted against all of the defendants or that the same claims of these patents will be at issue in each of the Actions.

14.     LaSalle admits that there may be some overlap in the defenses asserted in the various actions including defenses relating to the invalidity and unenforceability of at least part of the asserted patents. LaSalle denies that there is complete overlap in these defenses, particularly since different patents and individual patent claims may be asserted against individual defendants and/or particular industries by group in the individual Actions.

15.     LaSalle admits that, at the time of the filing of Target's Motion for Transfer and Consolidation, no answers had been filed in the Newly Filed Actions. Since the filing of Target's Motion for Transfer and Consolidation, however, virtually all answers have been filed with respect to the Newly Filed Actions. LaSalle denies that none of the Actions have progressed, however, since it is LaSalle's understanding that in the *Citibank* case, nearly ten months of discovery has occurred, with the parties producing over 400,000 pages of Bates-

- 6 -

labeled material and over 42 million pages of native format materials. In addition, briefs have been submitted addressing the particular claim construction issues disputed in that action and the parties participated in a full *Markman* hearing on September 20, 2006.

16.    LaSalle admits that in the *Citibank* case, an Amended Docket Control Order dated May 8, 2006, indicates that summary judgment motions are due to be filed in February 2007 and that trial has been set for May 2007.

17.    LaSalle admits that no dispositive rulings have been made in the *Citibank* or *Discover* cases, but deny that all of the Actions are at substantially the same procedural stage.

18.    LaSalle admits that a claim construction hearing was conducted in the *Citibank* case on September 20, 2006 and that a ruling on the construction of the disputed terms is under advisement. LaSalle also admits that Target filed an emergency motion in the *Citibank* case, requesting that the Court consolidate the *American Electric* case (Target is a named defendant in *Ronald A. Katz Technology Licensing, L.P. v. American Electric Power Company, Inc., et al.*, No. 5:06-CV-188 (E.D. Tex., Texarkana Division)) with the *Citibank* case solely for the purpose of claim construction and requested continuation of the claim construction process for a period sufficient to allow Target to engage meaningfully in the claim construction process. LaSalle also admits that American Airlines filed a similar motion in *Ronald A. Katz Technology Licensing, L.P. v. American Airlines, et. al.*, No. 2:06-CV-334 (E.D. Tex., Marshall Division) and that both motions were denied due to the imminence of the claim construction hearing.

19.    LaSalle admits that Judge Klausner has experience with the Katz interactive call processing patents based on his experience with the *Verizon* case but denies that Judge Klausner is the only Judge having experience with these patents in light of the litigation histories summarized previously.

-7-

20.    LaSalle admits that the Actions may involve some common questions of fact but denies that any potentially common issues of fact will necessarily be predominant among the various Actions in light of differences in the patents asserted in individual actions, and the individual claims that may be asserted against selected industries as currently grouped in the actions filed in Delaware, for example.

21.    LaSalle admits that there may be some overlap in the proofs related to the issue of damages in the various actions but denies that these issues are predominant in any action, particularly as the parties have been grouped in the various actions pending in the District of Delaware by industry type.

22.    LaSalle denies that transfer and consolidation is necessary in order to eliminate potentially inconsistent rulings, particularly since a claim construction hearing has already been held in the *Citibank* case. To the extent there may be any overlap in the claims and issues presented in that action, with any claims asserted in the additional Actions, any potentially inconsistent rulings or potential duplication of judicial resources may be avoided through conventional case management mechanisms.

23.    LaSalle denies that transfer and consolidation will minimize costs and inconvenience.

WHEREFORE, for the foregoing reasons, LaSalle respectfully requests that this Panel deny Target's Motion for Transfer and Consolidation of Related Katz Patent Litigation, in favor of the underlying actions going forward in the respective jurisdictions as presently configured.

Dated:  November 6, 2006

Respectfully submitted,

Michael Bednarek
June E. Cohan
PAUL HASTINGS JANOFSKY
& WALKER LLP
875 Fifteenth Street, NW
Washington, DC 20005
202.551.1700 telephone
202.551.1705 facsimile
michaelbednarek@paulhastings.com

*Counsel for LaSalle Bank Corporation,*
*LaSalle Bank National Association, LaSalle*
*Financial Services, Inc., and ABN AMRO*
*Mortgage Group, Inc.*

LEGAL_US_E # 72864351.1

RECEIVED
CLERK'S OFFICE

2006 NOV -6 P 3: 43

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ) | |
| ) | |
| Katz Technology Licensing Patent Litigation ) | MDL Docket No. 1816 |
| ) | |
| ) | |

## CORPORATE DISCLOSURE STATEMENTS OF
## LASALLE BANK CORPORATION, LASALLE BANK NATIONAL ASSOCIATION,
## LASALLE FINANCIAL SERVICES, INC., AND
## ABN AMRO MORTGAGE GROUP, INC.

Pursuant to Rule 5.3 of the Rules of Procedure for the Judicial Panel on Multidistrict

Litigation, LaSalle Bank Corporation, LaSalle Bank National Association, LaSalle Financial

Services, Inc., and ABN AMRO Mortgage Group, Inc. hereby submit their corporate disclosure

statements.

LaSalle Bank Corporation is owned by ABN AMRO North America Holding Company,

which is owned by ABN AMRO Bank N.V., which is owned by ABN AMRO Holding N.V.

LaSalle Bank National Association and LaSalle Financial Services, Inc. are owned by LaSalle

Bank Corporation.  ABN AMRO Mortgage Group, Inc. is owned by LaSalle Bank Midwest

National Association, which is owned by LaSalle Bank Corporation.  No publicly held

corporation owns 10% or more of the stock of ABN AMRO Holding N.V.

Dated:  November 6, 2006

Respectfully submitted,

Michael Bednarek
PAUL HASTINGS JANOFSKY
    & WALKER LLP
875 Fifteenth Street, NW
Washington, DC 20005
202.551.1700 telephone
202.551.1705 facsimile
michaelbednarek@paulhastings.com

*Counsel for LaSalle Bank Corporation,*
*LaSalle Bank National Association, LaSalle*
*Financial Services, Inc., and ABN AMRO*
*Mortgage Group, Inc.*

- 2 -



RECEIVED
CLERK'S OFFICE

2006 NOV -6 P 3: 43

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: | ) |
| | ) |
| Katz Technology Licensing Patent Litigation | )  MDL Docket No. 1816 |
| | ) |
| | ) |

**NOTICE OF APPEARANCE AND DESIGNATION OF COUNSEL FOR LASALLE BANK CORPORATION, LASALLE BANK NATIONAL ASSOCIATION, LASALLE FINANCIAL SERVICES, INC., AND ABN AMRO MORTGAGE GROUP, INC.**

LaSalle Bank Corporation, LaSalle Bank National Association, LaSalle Financial

Services, Inc., and ABN AMRO Mortgage Group, Inc. hereby designate the undersigned counsel

to represent them before this Panel, and the undersigned hereby appears on their behalf.

Dated:  November 6, 2006                    Respectfully submitted,

Michael Bednarek
PAUL HASTINGS JANOFSKY
  & WALKER LLP
875 Fifteenth Street, NW
Washington, DC 20005
202.551.1700 telephone
202.551.1705 facsimile
michaelbednarek@paulhastings.com

*Counsel for LaSalle Bank Corporation,*
*LaSalle Bank National Association, LaSalle*
*Financial Services, Inc., and ABN AMRO*
*Mortgage Group, Inc.*

LEGAL_US_E # 72865240.1

RECEIVED
CLERK'S OFFICE

2006 NOV -6 P 3: 43

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ) | |
| ) | |
| Katz Technology Licensing Patent Litigation ) | MDL Docket No. 1816 |
| ) | |
| ) | |

## PROOF OF SERVICE

The undersigned hereby certifies that I caused true and correct copies of the attached documents:

(1) OPPOSITION OF LASALLE BANK CORPORATION, LASALLE BANK NATIONAL ASSOCIATION, LASALLE FINANCIAL SERVICES, INC., AND ABN AMRO MORTGAGE GROUP, INC. TO TARGET'S MOTION FOR TRANSFER AND CONSOLIDATION OF KATZ TECHNOLOGY LICENSING PATENT LITIGATION PURSUANT TO 28 U.S.C. § 1407;

(2) CORPORATE DISCLOSURE STATEMENTS OF LASALLE BANK CORPORATION, LASALLE BANK NATIONAL ASSOCIATION, LASALLE FINANCIAL SERVICES, INC., AND ABN AMRO MORTGAGE GROUP, INC.; and

(3) NOTICE OF APPEARANCE AND DESIGNATION OF COUNSEL FOR LASALLE BANK CORPORATION, LASALLE BANK NATIONAL ASSOCIATION, LASALLE FINANCIAL SERVICES, INC., AND ABN AMRO MORTGAGE GROUP, INC.

to be served on each party or counsel of record listed on the attached service list by United States First Class Mail, postage prepaid, on the 6th day of November, 2006.

Ashley Robertson

## IN RE: KATZ TECHNOLOGY LICENSING PATENT LITIGATION
## SERVICE LIST

### PARTIES NOT REPRESENTED BY COUNSEL

Cox Communications, Inc.
1400 Lake Hearn Drive
Atlanta, GA  30319

Coxcom, Inc.
1550 West Deer Valley Road
Phoenix, AZ  85027-2121

Cullen/Frost Bankers, Inc.
The Frost National Bank, N.A.
100 West Houston Street
San Antonio, TX  78205

Ford Motor Company
Ford Motor Credit Company
One American Road
Dearborn, MI  48126

General Electric Capital
Corporation
General Electric Capital Services,
Inc.
260 Long Ridge Road
Stamford, CT  06927

General Electric Consumer
Finance, Inc.
1600 Summer Street
Stamford, CT 06927

General Motors Acceptance
Corporation
200 Renaissance Center
Detroit, MI 48265

General Motors Corporation
300 Renaissance Center
Detroit, MI 48265

GMAC Mortgage Corporation
100 Witmer Road
Horsham, PA 19044

GMAC Residential Capital
Corporation
8400 Normandale Lake
Boulevard
Minneapolis, MN  55437

Humana, Inc.
500 West Main Street
Louisville, KY  40202

PNC Bank, NA
PNC Financial Services
Group, Inc.
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA  15222

Regions Bank NA
Regions Financial
Corporation
417 North 20th Street
Birmingham, AL  35203

U.S. Bancorp
U.S. Bank, N.A.
800 Nicolett Mall
Minneapolis, MN 55402

IN RE: KATZ TECHNOLOGY LICENSING PATENT LITIGATION
SERVICE LIST

## PARTIES REPRESENTED BY COUNSEL

Charlena L. Thorpe
Holly S. Hawkins
J. Patrick Elsevier
Patrick J Flinn
Alston & Bird LLP – Atlanta
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA  30309-3424
Tel:  (404) 881-4689
Fax:  (404) 253-8889
**Attorneys for
T-Mobile USA, Inc.**

Robert G. Gingher
Steven I. Weisburd
Brian D. Siff
Dickstein Shapiro Morin &
Oshinsky - New York
1177 Avenue of the Americas
New York, NY  10036
Tel:  (212) 277-6537
Fax:  (212) 277-6501
**Attorneys for
T-Mobile USA, Inc.**

Deron R. Dacus
Ramey & Flock
100 East Ferguson, Suite 500
Tyler, TX  75702
Tel:  (903) 597-3301
Fax:  (903) 597-2413
**Attorneys for
T-Mobile USA, Inc.; Safeco
Insurance Co. of America;
Safeco Corporation**

George D. Medlock, Jr
Holly S. Hawkins
Robin L. McGrath
Alston & Bird LLP- Atlanta
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Tel:  (404) 881-7000
Fax:  (404) 881-7777
**Attorneys for
Safeco Insurance Co. of
America; Safeco
Corporation**

Steven J. Balick
Ashby & Geddes
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE  19899
Tel:  (302) 654-1888
**Attorneys for Express
Scripts, Inc.**

Richard K. Herrmann
Morris, James, Hitchens &
Williams LLP
222 Delaware Avenue
10th Floor
Wilmington, DE 19801
Tel: (302) 888-6800
**Attorneys for
LaSalle Bank Corporation;
LaSalle Bank National
Association; LaSalle
Financial Services, Inc.;
ABN AMRO Mortgage
Group, Inc.**

Michael Bednarek
June E. Cohen
Paul, Hastings, Janofsky &
Walker
875 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 551-1700
**Attorneys for
LaSalle Bank Corporation;
LaSalle Bank National
Association; LaSalle Financial
Services, Inc.;
ABN AMRO Mortgage Group,
Inc.**

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE  19899
Tel:  (302) 654-1888
**Attorneys for
American International Group,
Inc.; AIG Retirement Services,
Inc.; AIG Marketing, Inc.; AIG
SunAmerica Asset Management
Corp.; AIG Annuity Ins. Co.;
AIG Federal Savings Bank; The
United States Life Ins. Co. in the
City of New York; AIG Life Ins.
Co.; American General
Assurance Co.; American
General Indemnity Co.;
American General Life &
Accident Ins. Co.; American
General Life Ins. Co.; The
Variable Annuity Life Ins. Co.;
VALIC Financial Advisors, Inc.;
VALIC Retirement Services Co.;
21st Century Ins. Group; 21st
Century Ins. Co.; 21st Century
Casualty Co.**

IN RE: KATZ TECHNOLOGY LICENSING PATENT LITIGATION
SERVICE LIST

## PARTIES REPRESENTED BY COUNSEL

Alan David Harrel
Atchley Russell Waldrop &
Hlavinka
1710 Moores Lane
P.O. Box 5517
Texarkana, TX 75505-5517
Tel: (903) 792-8246
Fax: (903) 792-5801
**Attorneys for
Sam's East, Inc.; Sam's West,
Inc.; Wal-Mart Stores, Inc.;
Wal-Mart Stores East, L.P.;
Wal-Mart Stores Texas, L.P.;
Wal-Mart.com, Inc.**

Gregory S. Norrod
Jennifer L. Gregor
Sharon R. Barner
Jonathan R. Spivey
Foley & Lardner - Chicago
321 N Clark Street
Suite 2800
Chicago, IL 60610
Tel: (312) 832-4540
Fax: (312) 832-4700
**Attorneys for
Sam's East, Inc.; Sam's West,
Inc.; Wal-Mart Stores, Inc.;
Wal-Mart Stores East, L.P.;
Wal-Mart Stores Texas, L.P.;
Wal-Mart.com, Inc.; Caremark
Rx, Inc; Caremark, Inc., dba
Caremark Prescription Services**

George Christopher Beck
Foley & Lardner
3000 K Street N.W.
Suite 500
Washington, DC 20007-5109
Tel: (202) 672-5300
Fax: (202) 672-5399
**Attorneys for
Sam's East, Inc.; Sam's West,
Inc.; Wal-Mart Stores, Inc.;
Wal-Mart Stores East, L.P.;
Wal-Mart Stores Texas, L.P.;
Wal-Mart.com, Inc.**

James Dennis Chambers
Atchley Russell Waldrop &
Hlavinka
1710 Moores Lane
Texarkana, TX 75505
Tel: (903) 792-8246
Fax: (903) 792-5801
**Attorneys for
CenterPoint Energy
Houston Electric, LLC;
CenterPoint Energy
Resources Corp.;
CenterPoint Energy, Inc.**

Joanne Ceballos
Bifferato, Gentilotti, Biden &
Balick
711 North King St.
Wilmington, DE 19801
Tel: (302) 658-4265
**Attorneys for
Reliant Energy, Inc.; Reliant
Energy Retail Services, LLC;
Pepco Holdings, Inc.; PHI
Service Company; Delmarva
Power & Light Company;
Duke Energy Corporation;
Cinergy Corp.**

Sidney Calvin Capshaw III
Brown McCarroll – Longview
1127 Judson Road, Suite 220
Longview, TX 75601-5157
Tel: (903) 236-9800
Fax: (903) 236-8787
**Attorneys for
Federal Express Corporation;
FedEx Corporate Services, Inc.;
Fedex Corporation; Fedex
Customer Information Services,
Inc.; Randall's Food & Drugs,
LP; Randall's Food Markets,
Inc.; Safeway, Inc.**

Allen Berkowitz
Finnegan Henderson Farabow
Garrett & Dunner LLP – Reston
Two Freedom Square
11955 Freedom Dr
Reston, VA 20190
Tel: (571) 203-2700
Fax: (202) 408-4400
**Attorneys for
Federal Express Corporation**

Stayton L. Worthington
Coghlan Crowson LLP.
1127 Judson Road, Suite 211
Longview, TX 75606
Tel: (903) 758-5543
Fax: (903) 753-6989
**Attorneys for
American Electric Power
Company, Inc.; American
Electric Power WR;
Southwestern Electric Power
Company**

IN RE: KATZ TECHNOLOGY LICENSING PATENT LITIGATION
SERVICE LIST

## PARTIES REPRESENTED BY COUNSEL

James L Kwak
Standley Law Group LLP
495 Metro Place S Ste 210
Dublin , OH 43017
Tel: (614)792-5555
**Attorneys for
Southwestern Electric Power
Company; American Electric
Power Company, Inc**

Jeffrey S Standley
Standley & Gilcrest LLP
495 Metro Place South
Suite 210
Dublin , OH 43017
USA
Tel: (61)792-5555
**Attorneys for
Southwestern Electric Power
Company; American Electric
Power Company, Inc**

Sean J. Bellew
David A. Felice
Cozen O'Connor
Camille M. Miller
Darryl W. Shorter
1201 North Market St., Suite 1400
Chase Manhattan Centre
Wilmington, DE  19801
Tel:  (302) 295-2000
Fax:  (302) 295-2013
**Attorneys for Wilmington
Brokerage Services Company;
Wilmington Trust Company**

Brian Charles McCormack
Baker & McKenzie
2001 Ross Ave
Suite 2300
Dallas , TX 75201
USA
Tel: (214)978-3007
**Attorneys for Alltel
Corporation; Alltel
Communications Wireless,
Inc; Alltel Communications
of Texarkana, Inc.**

Jerry Lynn Beane
Andrews & Kurth
1717 Main St
Suite 3700
Dallas , TX 75201
USA
Tel: (214) 659-4400
**Attorneys for Aetna, Inc.;
Aetna RX Home Delivery,
LLC**

Steven P Petersen
Leydig Voit & Mayer
Two Prudential Plaza
Suite 4900
Chicago , IL 60601-6780
Tel: (312)616-5600
**Attorneys for Aetna, Inc.;
Aetna RX Home Delivery,
LLC**

Sidney Calvin Capshaw, III
Brown McCarroll -Longview
1127 Judson Rd - Ste 220
PO Box 3999
Longview , TX 75606-3999
Tel: (903) 236-9800
**Attorneys for Anthem
Prescription Management,
LLC**

Guy N Harrison
Attorney at Law
P O Box 2845
Longview , TX 75606
USA
Tel: (903) 758-7361
**Attorneys for Caremark Rx,
Inc.; Caremark, Inc., dba
Caremark Prescription Services**

Sidney Calvin Capshaw, III
Brown McCarroll -Longview
1127 Judson Rd - Ste 220
PO Box 3999
Longview , TX 75606-3999
Tel: (903) 236-9800
**Attorneys for Precision Rx, Inc;
Professional Claim Services, Inc,
dba Wellpoint Pharmacy
Management, Inc.**

James Dennis Chambers
Atchley Russell Waldrop &
Hlavinka
1710 Moores Lane
PO Box 5517
Texarkana , TX 75505-5517
Tel: (903) 792-8246
**Attorneys for Chevron
Corporation; Chevron USA, Inc;
Chevron Products Company;
Chevron Credit Bank, NA**

Kenneth Robert Adamo
Jones Day
2727 N Harwood St
Dallas , TX 75201-1515
Tel: (214) 969-4856
**Attorneys for Chevron
Corporation; Chevron USA, Inc;
Chevron Products Company;
Chevron Credit Bank, NA**

## IN RE: KATZ TECHNOLOGY LICENSING PATENT LITIGATION
## SERVICE LIST

### PARTIES REPRESENTED BY COUNSEL

Collins J Seitz, Jr
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
PO Box 2207
Wilmington , DE 19899
Tel: (302) 658-9141
**Attorneys for Cigna
Corporation; Cigna Health
Corporation; Cigna Healthcare
of Delaware, Inc.; Tel-Drug, Inc.;
Tel-Drug of Pennsylvania, LLC**

Raphael V. Lupo
Joel M. Freed
Brian E. Ferguson
John R. Fuisz
Kori Anne Bagrowski
Sudip K. Kundu
McDERMOTT WILL & EMERY
LLP
600 13th Street, N.W., 12th Floor
Washington, DC 20005-3096
**Attorneys for Cigna
Corporation; Cigna Health
Corporation; Cigna Healthcare
of Delaware, Inc.; Tel-Drug, Inc.;
Tel-Drug of Pennsylvania, LLC**

J. Jay Guiliano
Karen M Lockwood
Matthew J. Moore
Howrey LLP – Washington
1299 Pennsylvania Ave. NW
Washington, DC 20004
Tel: (202) 383-6905
Fax: (202) 383-6610
**Attorneys for
Marriott International, Inc.;
Marriott Worldwide
Reservation Services LLC**

Aaron M. Levine
Derek J. Jardieu
J. Jay Guiliano
Matthew J. Moore
Howrey LLP — Washington
1299 Pennsylvania Ave. NW
Washington, DC 20004-2402
Tel: (202) 383-7224
Fax: (202) 383-6610
**Attorneys for
Discover Financial Services,
Inc.; Discover Bank**

Kfir B. Levy
Howrey LLP –
San Francisco
525 Market Street
Suite 3600
San Francisco, CA 94105-
2708
Tel: (713) 787-1400
Fax: (713) 787-1440
**Attorneys for
Discover Financial Services,
Inc.; Discover Bank**

Brian Ervin Simmons
Meredith Strachan
Thomas A. Miller
Howrey LLP
1111 Louisiana
25th Floor
Houston, TX 77002
Tel: (713) 787-1657
Fax: (713) 787-1440
**Attorneys for
Discover Financial Services,
Inc.; Discover Bank**

William C. Rooklidge
Howrey LLP - Irvine CA
2020 Main Street
Suite 1000
Irvine, CA 92614-8200
Tel: (949) 721-6900
**Attorneys for
Discover Financial Services, Inc.;
Discover Bank**

James N. Haltom
Darby Vincent Doan
Haltom and Doan LLP
6500 North Summerhill Road
Crown Executive Center
Suite 1A
P.O. Box 6227
Texarkana, TX 75505
Tel: (903) 255-1000
Fax: (903) 255-0800
**Attorneys for
Discover Financial Services, Inc.;
Discover Bank**

Claude Edward Welch
Law Offices of Claude E. Welch
P.O. Box 1574
Lufkin, TX 75902
Tel: (936) 639-3311
Fax: (936) 639-3049
**Attorneys for
Hilton HHonors Worldwide,
LLC; Hilton Hotels Corporation;
Hilton Reservations Worldwide,
LLC**

J. Thad Heartfield
Law Offices of J. Thad Heartfield
2195 Dowlen Road
Beaumont, TX 77706
Tel: (409) 866-3318
Fax: (409) 866-5789
**Attorneys for Earthlink, Inc.**

## IN RE: KATZ TECHNOLOGY LICENSING PATENT LITIGATION
### SERVICE LIST

### PARTIES REPRESENTED BY COUNSEL

Steven R. Selsberg
Sharon Audrey Israel
Mayer Brown Rowe & Maw -
Houston
700 Louisiana, Suite 3400
Houston, TX  77002
Tel: (713) 238-2664
Fax: (713) 238-4888
**Attorneys for
Tracfone Wireless, Inc.**

Mike McKool, Jr.
Samuel F. Baxter
McKool Smith — Dallas
300 Crescent Court, Suite 1500
Dallas, TX  75201
Tel: (214) 987-4000
Fax: (214) 987-4044
**Attorneys for
American Airlines, Inc.;
American Beacon Advisors, Inc.**

Nicholas H. Patton
Patton, Tidwell, Schroeder
4605 Texas Blvd.
Texarkana, TX  75503
Tel: (903) 792-7080
Fax: (903) 792-8233
**Attorneys for
Whirlpool Corporation;
Marriott International, Inc.;
Marriott Worldwide
Reservation Services LLC**

Richard L. Horwitz
Potter, Anderson & Corroon,
LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE  19801
Tel: (302) 984-6000
**Attorneys for
Charter Communications
Entertainment I, LLC;
Charter Communications
Holding Company, LLC;
Charter Communications
Operating, LLC; Charter
Communications, Inc.; DHL
Express (USA) Inc.; DHL
Holdings (USA) Inc.; Sky
Courier, Inc.; Ceridian
Corporation; Comdata
Corporation**

Daniel J. Thomasch
Alex V. Chachkes
Orrick, Herrington & Sutcliffe
LLP
666 Fifth Ave.
New York, NY  10103
Tel: (212) 506-5000
Fax: (212) 506-5151
**Attorneys for
DHL Express (USA) Inc.;
DHL Holdings (USA) Inc.;
Sky Courier, Inc.**

Philip A. Rovner
Potter, Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE  19801
Tel: (302) 984-6000
**Attorneys for
Experian Information Solutions,
Inc.; National City Bank;
National City Corporation;
National City Bank of Indiana**

Michael Edwin Jones
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX  75710-0359
Tel: (903) 597-8311
Fax: (903) 593-0846
**Attorneys for
DirecTV Group, Inc.; DirecTV
Enterprises, LLC; DirecTV
Holdings, LLC; DirecTV, Inc.;
The DirecTV Group, Inc.;
Tracfone Wireless, Inc.**

IN RE: KATZ TECHNOLOGY LICENSING PATENT LITIGATION
SERVICE LIST

## PARTIES REPRESENTED BY COUNSEL

Frederick L. Cottrell, III
Richards, Layton & Finger P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19899
Tel: (302) 658-6541
**Attorneys for
Time Warner Cable, Inc.; Time
Warner NY Cable LLC; Time
Warner Entertainment
Company LP; AOL LLC;
United States Cellular
Corporation; TDS
Telecommunications
Corporation; TDS Metrocom
LLC; Ahold U.S.A., Inc.;
The Stop & Shop Supermarket
Company LLC; Cablevision
Systems New York City
Corporation; Cablevision of
Brookhaven Inc.; Cablevision
Systems Corporation;
Cablevision of Connecticut;
Cablevision of Hudson County
Inc.; Cablevision of Litchfield
Inc.; Cablevision of Monmouth
Inc.; Cablevision of New Jersey
Inc.; Cablevision of Oakland
LLC; Cablevision of
Rockland/Ramapo, LLC; CSC
Holdings, Inc.; Compuserve
Interactive Services Inc.; Giant
Food Inc.; Giant Food Stores
LLC; Netscape Communications
Corporation**

Kelly E. Farnan
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Tel: (302) 651-7705
**Attorneys for
United States Cellular
Corporation; TDS
Telecommunications
Corporation; TDS
Metrocom LLC**

Jeffrey L. Moyer
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Tel: (302) 651-7700
**Attorneys for
Qwest Broadband Services,
Inc.; Qwest
Communications
Corporation; Qwest
Communications
International Inc.; Qwest
Interprise America, Inc.;
Qwest LD Corp.; Qwest
Wireless, LLC**

Robert Lee
Patrick J Flinn
Alston & Bird LLP – Atlanta
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309-3424
Tel: (404) 881-4689
Fax: (404) 253-8889
**Attorneys for Ahold USA
Inc.; Giant Food Inc.; Giant
Food Stores LLC**

David Maxwell
William R. Hubbard
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Tel: (401)881-7261
**Attorneys for
Netscape Communications
Corporation; Compuserve
Interactive Services Inc.**

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Tel: (302) 651-7718
**Attorneys for
Dillard Investment Co., Inc.;
Dillard 's, Inc.; TD Banknorth
Inc.**

Danielle Gibbs
Karen E. Keller
YOUNG CONAWAY
STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 571-6600
**Attorneys for Aquila, Inc.**

Curtis E. Woods
Juliet A. Cox
SONNENSCHEIN NATH &
ROSENTHAL LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111-7700
Tel: (816) 460-2400
**Attorneys for Aquila, Inc.**

## IN RE: KATZ TECHNOLOGY LICENSING PATENT LITIGATION
## SERVICE LIST

### PARTIES REPRESENTED BY COUNSEL

Michael Smith
THE ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
**Attorneys for Petmed Express,
Inc.; Kroger Co., Kroger Texas,
L.P.; Healthy Options, Inc.
dba Postal Prescription Services**

David K. Friedland
Nicole A. Valdivieso
LOTT & FRIEDLAND, P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Phone: (305) 448-7089
**Attorneys for
Petmed Express, Inc.**

Mr. Holmes J. Hawkins, III
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309-3521
Telephone: (404) 572-2443
**Attorneys for
The Kroger Co. and Kroger
Texas L.P.; Healthy Options,
Inc. dba Postal Prescription
Services**

Jeffrey Joseph Cox
Hartline, Dacus, Barger, Dreyer &
Kern-Dallas
6688 N Central Expressway
Suite 1000
Dallas , TX 75206-2980
USA
Tel: (214)346-3713
**Attorneys for National Railroad
Passenger Corporation**

Thomas Dunham
Howrey LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004
Tel: (202) 383-7120
Fax: (202) 318-8631
**Attorneys for Ceridian
Corporation; Comdata
Corporation**

Joshua Krevitt
Charles J. Bondreau
Gibson, Dunn & Crutcher
LLP
200 Park Avenue
47th Floor
New York, New York
10166-0193
Tel: (212)351-4000
**Attorneys for
Cablevision Systems New
York City Corporation;
Cablevision of Brookhaven
Inc.; Cablevision Systems
Corporation; Cablevision of
Connecticut; Cablevision of
Hudson County Inc.;
Cablevision of Litchfield Inc.;
Cablevision of Monmouth
Inc.; Cablevision of New
Jersey Inc.; Cablevision of
Oakland LLC**

Harold J. McElhinny
Rachel Krevans
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-
2482
Tel: (415)-268-7000
**Attorneys for Target
Corporation; Target Bank;
and Target National Bank**

## IN RE: KATZ TECHNOLOGY LICENSING PATENT LITIGATION
### SERVICE LIST

### COUNSEL FOR
### RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

Damon Michael Young
John Michael Pickett
Lance Lee
Young Pickett & Lee
4122 Texas Blvd
PO Box 1897
Texarkana, TX 75504-1897
Tel: (903) 794-1303
Fax: (903) 792-5098

Mary B. Graham
Morris, Nichols, Arsht & Tunnell
LLP
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899
Tel: (302) 658-9200

Andre G. Bouchard
John M. Seaman
Bouchard, Margules &
Friedlander, P.A.
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
Tel: (302) 573-3500
Fax: (302) 573-3501

Aaron Olsen
Anthony Stiegler
Samantha Everett
John S. Kyle
Kent M. Walker
Cooley Godward Kronish LLP -
San Diego
4401 Eastgate Mall
San Diego, CA 92121
Tel: (858) 550-6000
Fax: (858) 550-6420

John P. Moy
Frank V. Pietrantonio
Heather A. Faltin
Jonathan G. Graves
Cooley Godward Kronish
LLPReston, VA
11951 Freedsom Drive
Reston, VA 20190
Tel: (703) 456-8000
Fax: (703) 456-8100

Lowell D. Mead
Peter J. Gielniak
Ricardo Rodriguez
Stephen C. Neal-
Janet L. Cullum
Iain R. Cunningham
Linda F. Callison
Cooley Godward Kronish
LLP - Palo Alto
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-
2155
Tel: (650) 843-5000
Fax: (650) 857-0663

Beatriz Mejia
Cooley Godward Kronish
LLP - San Francisco
101 California Street
5th Floor
San Francisco, CA 94111-
5800
Tel: (415) 693-2000
Fax: (415) 693-2222

Orion Armon
Wayne Odis Stacy
Cooley Godward Kronish
LLP - Colorado
380 Interlocken Crescent
Suite 900

Broomfield, CO 80021
Tel: (720) 566-4000
Fax: (720) 566-4099

George Edmond Chandler
Chandler Law Offices
Suite 100
P.O. Box 340
207 E. Frank St.
Lufkin, TX 75901-0340
Tel: (936) 632-7778
Fax: (936) 632-1304

Clyde Moody Siebman
Siebman Reynolds Burg &
Phillips LLP
300 N. Travis St.
Sherman, TX 75090-0070
Tel: (903) 870-0070
Fax: (903) 870-0066

Robert T. Haslam
Andrew C. Byrnes
Amy K. Van Zant
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
Tel: (650) 324-7000

Michael K. Plimack
Dale A. Rice
Heller Ehrman LLP
333 Bush St.
San Francisco, CA 94104-2878
Tel: (415) 772-6000