IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TD BANKNORTH INC., *et al.*, <br><br> Defendants. | C.A No. 06-544-GMS |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, on November 6, 2006, the following document was filed before the Judicial Panel on Multidistrict Litigation on behalf of, among others, Experian Information Solutions, Inc.:

RESPONSE IN FAVOR OF CONSOLIDATION AND TRANSFER
PURSUANT TO 28 U.S.C. §1407

The filed document is relevant to the following civil actions pending in the District of Delaware before Judge Sleet: 1:06-cv-543, 1:06-cv-544; 1:06-cv-545; 1:06-cv-546; 1:06-cv-547.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Kenneth R. Adamo<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201-1515<br>(214) 220-3939 | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com |
| Samuel J. Najim<br>JONES DAY<br>1420 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA 30309-3053<br>(404) 521-3939 | *Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* |

Kevin G. McBride
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
(213) 489-3939

Dated: November 7, 2006

760721

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on November 7, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM-ECF AND E-MAIL**

Mary B. Graham, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
jheaney@mnat.com

**BY CM-ECF AND E-MAIL**

Paul J. Lockwood, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
plockwoo@skadden.com

**BY CM-ECF AND E-MAIL**

William J. Wade, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
wade@rlf.com
gaza@rlf.com

**BY CM-ECF AND E-MAIL**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**BY CM-ECF AND E-MAIL**

Richard K. Herrmann, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
rherrmann@morrisjames.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

-2-