# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

November 15, 2006

**BY E-FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

   Re: *Ronald A. Katz Technology Licensing, L.P. v. TD Banknorth Inc., et al.*
     Civil Action No. 06-544 (GMS)

Dear Judge Sleet:

  Enclosed is an additional stipulation for a three-day extension of time to November 20 for plaintiff to respond to the counterclaims of one of the defendant groups. This stipulation is with defendants Ceridian Corp. and Comdata Corp., who also asserted lengthy counterclaims that contain detailed factual allegations. We inadvertently omitted this stipulation from the letter that we sent to Your Honor earlier today, and apologize for any inconvenience caused by that omission. Plaintiff has not requested a prior extension of time for this pleading.

  We appreciate the Court's consideration of this request.

          Respectfully,

          Julia Heaney (#3052)

JH/ncf
Enclosure
cc: Clerk of the Court (by e-filing and hand delivery)
   All Counsel of Record (by e-filing)
545647

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 06-544 (GMS) |
| TD BANKNORTH INC., et al., | ) ) ) |
| Defendants. | ) ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiff and defendants Ceridian Corporation and Comdata Corporation, subject to the approval of the Court, that Plaintiff may have until November 20, 2006 to file its reply to defendants' counterclaims.

POTTER ANDERSON & CORROON LLP

/s/ Richard L. Horwitz

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
313 N. Market Street
Wilmington, DE 19801
302.984.6000

*Attorneys for Defendants Ceridian Corporation and Comdata Corporation*

November 15, 2006
545787

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302.658.9200

*Attorneys for Plaintiff
Ronald A. Katz Technology Licensing, L.P.*

SO ORDERED this ___ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following William J. Wade, Anne Shea Gaza, Philip A. Rovner, Paul J. Lockwood, Richard Herrmann.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 15, 2006 upon the following individuals in the manner indicated:

**BY EMAIL**

William J. Wade
Anne Shea Gaza
Richards, Layton & Finger
wade@rlf.com
gaza@rlf.com

Philip A. Rovner
Potter Anderson & Corroon, LLP
provner@potteranderson.com

Paul J. Lockwood
Skadden, Arps, Slate, Meagher & Flom
plockwood@skadden.com

Richard Herrmann
Morris, James, Hitchens & Williams LLP
rherrmann@morrisjames.com

Martin J. Black
Dechert LLP
martin.black@dechert.com

David A. Roodman
Bryan Cave LLP
daroodman@bryancave.com

Kenneth R. Adamo
Jones Day
kradamo@jonesday.com

Daniel A. DeVito
Skadden, Arpts, Slate, Meagher & Glom LLP
ddevito@skadden.com

Thomas M. Dunham
Howrey LLP
dunhamt@howrey.com

Michael Bednarek
Paul Hastings Janofsky & Walker LLP
michaelbednarek@paulhastings.com

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)
jheaney@mnat.com