IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-544 (GMS) |
| TD BANKNORTH INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION TO EXTEND TIME

SUBJECT TO THE APPROVAL OF THE COURT, in view of the intervening holiday period, plaintiff and defendants TD BankNorth, Inc., Dillard's, Inc. and Dillard Investment Co, Inc., have agreed that plaintiff may have approximately two additional weeks to file its Answering Brief in Opposition to Defendants' Motion to Stay Pending Reexamination (D.I. 64 and D.I. 65) so that it will be due by January 17, 2007, and that defendants may have a corresponding extension of two weeks to file their Reply Brief, so that it will be due by February 7, 2007.

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Anne Shea Gaza* | */s/ Julia Heaney* |
| William J. Wade (#704) | Mary B. Graham (#2256) |
| Anne Shea Gaza (#4093) | Julia Heaney (#3052) |
| One Rodney Square | Benjamin J. Schladweiler (#4601) |
| 920 North King Street | 1201 N. Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| 302.651-7718 | Wilmington, DE 19899-1347 |
| *Attorneys for Defendant TD Banknorth Inc., Dillard's, Inc. and Dillard Investment Co, Inc.* | 302.658.9200 |
| | *Attorneys for Plaintiff Ronald A. Katz Technology Licensing, L.P.* |

SO ORDERED this ___ day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

549714

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following William J. Wade, Anne Shea Gaza, Philip A. Rovner, Paul J. Lockwood, Richard Herrmann.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 27, 2006 upon the following individuals in the manner indicated:

### BY EMAIL

| | |
|---|---|
| William J. Wade<br>Anne Shea Gaza<br>Richards, Layton & Finger<br>wade@rlf.com<br>gaza@rlf.com | Martin J. Black<br>Dechert LLP<br>martin.black@dechert.com<br><br>David A. Roodman<br>Bryan Cave LLP<br>daroodman@bryancave.com |
| Philip A. Rovner<br>Potter Anderson & Corroon, LLP<br>provner@potteranderson.com | Kenneth R. Adamo<br>Jones Day<br>kradamo@jonesday.com |
| Paul J. Lockwood<br>Skadden, Arps, Slate, Meagher & Flom<br>plockwood@skadden.com | Daniel A. DeVito<br>Skadden, Arpts, Slate, Meagher & Glom LLP<br>ddevito@skadden.com |
| Richard Herrmann<br>Morris, James, Hitchens & Williams LLP<br>rherrmann@morrisjames.com | Thomas M. Dunham<br>Howrey LLP<br>dunhamt@howrey.com<br><br>Michael Bednarek<br>Paul Hastings Janofsky & Walker LLP<br>michaelbednarek@paulhastings.com |

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)
jheaney@mnat.com