IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 06-544 (GMS) |
| TD BANKNORTH INC., *et al.*, ) ) ) | |
| Defendants. ) | |

## ORDER

On this ____ day of _____, 2007, came for consideration Comerica's Motion to Stay Action Pending the United States Patent and Trademark Office's Reexamination of Plaintiff's Patents ("the Motion"). Having reviewed the parties' positions, the Court is of the opinion that the Motion should be granted and this case stayed at least until the United States Patent and Trademark Office's reexamination of patents assigned to Ronald A. Katz Technology Licensing L.P. is complete.

2

IT IS THEREFORE ORDERED on this _____ day of _____, 2007, that Comerica's Motion is GRANTED. Accordingly, all aspects of this case are stayed.

_____

THE HONORABLE GREGORY M. SLEET
U.S. DISTRICT JUDGE

2