IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-544 (GMS) |
| TD BANKNORTH INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION TO EXTEND TIME

SUBJECT TO THE APPROVAL OF THE COURT, in view of the intervening holiday period, plaintiff and defendants Comerica Incorporated, Comerica Bank & Trust, N.A., and Comerica Securities, Inc. have agreed that plaintiff may have until January 17, 2007 to file its opposition to Defendants' Motion to Stay Pending Reexamination (D.I. 67) and that defendants may have until February 7, 2007 to file their reply.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Paul J. Lockwood (#3369)* | */s/ Julia Heaney (#3052)* |
| Paul J. Lockwood (#3369) One Rodney Square P.O. Box 636 Wilmington, DE  19899 302.651-3000 *Attorneys for Defendants Comerica Incorporated, Comerica Bank and Trust, N.A. and Comerica Securities, Inc.* | Mary B. Graham (#2256) Julia Heaney (#3052) Benjamin J. Schladweiler (#4601) 1201 N. Market Street P.O. Box 1347 Wilmington, DE  19899-1347 302.658.9200 *Attorneys for Plaintiff Ronald A. Katz Technology Licensing, L.P.* |

SO ORDERED this ___ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

550134

CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following William J. Wade, Anne Shea Gaza, Philip A. Rovner, Paul J. Lockwood, Richard Herrmann.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 5, 2007 upon the following individuals in the manner indicated:

**BY EMAIL**

William J. Wade
Anne Shea Gaza
Richards, Layton & Finger
wade@rlf.com
gaza@rlf.com

Martin J. Black
Dechert LLP
martin.black@dechert.com

David A. Roodman
Bryan Cave LLP
daroodman@bryancave.com

Philip A. Rovner
Potter Anderson & Corroon, LLP
provner@potteranderson.com

Kenneth R. Adamo
Jones Day
kradamo@jonesday.com

Paul J. Lockwood
Skadden, Arps, Slate, Meagher & Flom
plockwood@skadden.com

Daniel A. DeVito
Skadden, Arpts, Slate, Meagher & Glom LLP
ddevito@skadden.com

Richard Herrmann
Morris, James, Hitchens & Williams LLP
rherrmann@morrisjames.com

Thomas M. Dunham
Howrey LLP
dunhamt@howrey.com

Michael Bednarek
Paul Hastings Janofsky & Walker LLP
michaelbednarek@paulhastings.com

*/s/ Julia Heaney*

_____
Julia Heaney (#3052)
jheaney@mnat.com