IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-544 (GMS) |
| TD BANKNORTH INC., et al., | ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL (LaSalle)

The below-identified parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that the Complaint in this Action is dismissed with prejudice as against LaSalle Bank Corporation, LaSalle Bank National Association, LaSalle Financial Services Inc. and ABN Amro Mortgage Group, Inc. (collectively "LaSalle"), and that the claims brought by Plaintiff in this action against LaSalle, and the counterclaims brought by LaSalle against Plaintiff in this action, are dismissed with prejudice.

The parties shall each bear their own costs, expenses and attorneys fees and waive all rights of appeal from this stipulation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
_____

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.658.9200

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P.*

January 8, 2007
548017

MORRIS JAMES LLP

*/s/ Richard K. Herrmann (#3405)*
_____

Richard K. Herrmann (#405)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
302.888.6800

*Attorneys for LaSalle Bank Corporation,*
*LaSalle Bank National Association, LaSalle*
*Financial Services Inc. and ABN Amro*
*Mortgage Group, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following William J. Wade, Anne Shea Gaza, Philip A. Rovner, Paul J. Lockwood, Richard Herrmann.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 8, 2007 upon the following individuals in the manner indicated:

**BY EMAIL**

William J. Wade
Anne Shea Gaza
Richards, Layton & Finger
wade@rlf.com
gaza@rlf.com


Philip A. Rovner
Potter Anderson & Corroon, LLP
provner@potteranderson.com


Paul J. Lockwood
Skadden, Arps, Slate, Meagher & Flom
plockwood@skadden.com


Richard Herrmann
Morris, James, Hitchens & Williams LLP
rherrmann@morrisjames.com

Martin J. Black
Dechert LLP
martin.black@dechert.com


David A. Roodman
Bryan Cave LLP
daroodman@bryancave.com


Kenneth R. Adamo
Jones Day
kradamo@jonesday.com


Daniel A. DeVito
Skadden, Arpts, Slate, Meagher & Glom LLP
ddevito@skadden.com


Thomas M. Dunham
Howrey LLP
dunhamt@howrey.com


Michael Bednarek
Paul Hastings Janofsky & Walker LLP
michaelbednarek@paulhastings.com


*/s/ Julia Heaney*
_____
Julia Heaney (#3052)
jheaney@mnat.com