IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-544 (GMS) |
| TD BANKNORTH INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS DILLARD'S, INC. AND DILLARD INVESTMENT CO, INC.'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO STAY ACTION PENDING THE UNITED STATES PATENT AND TRADEMARK OFFICE'S REEXAMINATION OF PLANTIFF'S PATENTS**

On December 19, 2006, Defendants Dillard's, Inc. and Dillard Investment Co, Inc. (collectively, "Defendants" or "Dillard's") moved the Court to stay this action (the "Motion") in its entirety pending the reexamination proceedings by the United States Patent and Trademark Office relating to patents asserted in this action by Plaintiff Ronald A. Katz Technology Licensing, L.P. ("Plaintiff"). (D.I. 64). By their motion, Defendants incorporated by reference the Motion to Stay filed by the Qwest Defendants in Civil Action No. 06-546 (GMS) on Monday, December 18, 2006, and the memorandum and declaration filed in support thereof. (C.A. No. 06-546, D.I. 80-82). In further support of their Motion, Dillards hereby join in and incorporate by reference the reply memorandum filed by the Qwest Defendants in Civil Action No. 06-546 (GMS) on February 2, 2007. (D.I. 87).

For all the reasons cited in the Qwest Defendants' Motion to Stay and supporting memoranda and declaration (C.A. No 06-546, D.I. 80-82; 87), which are incorporated herein by reference, Dillard's respectfully requests that the Court stay this action in its entirety pending the completion of all of the reexamination proceedings by the United States Patent and Trademark Office involving Plaintiff's United States patents that have been asserted in this action as well as other related but unasserted patents.

OF COUNSEL:
David A. Roodman
Lisa Demet Martin
Ameer Gado
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000


Dated: February 5, 2007

William J. Wade (I.D. No. 704)
Anne Shea Gaza (I.D. No. 4093)
wade@rlf.com
gaza@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899
Telephone: (302) 651-7700
*Attorneys for Dillard's, Inc. and
Dillard Investment Co, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Paul J. Lockwood
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

William J. Wade
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

I hereby certify that on February 5, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Michael K. Plimack
Dale A. Rice
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878

Daniel A. DeVito
Guy Perry
Marti Johnson
Elizabeth Weiskopf
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Kenneth R. Adamo
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Samuel J. Najim
Olivia E. Marbutt
Jones Day
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053

Michael Bednarek
June E. Cohan
Paul Hastings Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005

David Roodman
Lisa Martin
Ameer Gado
Bryan Cave LLP
One Metropolitan Sq.
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Kevin G. McBride
Jones Day
555 South Flower St.
Fiftieth Floor
Los Angeles, CA 90071

Thomas Dunham
Howrey LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004

Martin J. Black
Andrew J. Mottes
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

William J. Wade (#704)
Wade@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700