IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-544 (GMS) |
| TD BANKNORTH INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT TD BANKNORTH, INC'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO STAY ACTION PENDING THE UNITED STATES PATENT AND TRADEMARK OFFICE'S REEXAMINATION OF PLAINTIFF'S PATENTS**

On December 19, 2006, Defendant TD BankNorth, Inc. ("Defendant" or "TD BankNorth") moved the Court to stay this action (the "Motion") in its entirety pending the reexamination proceedings by the United States Patent and Trademark Office relating to patents asserted in this action by Plaintiff Ronald A. Katz Technology Licensing, L.P. ("Plaintiff"). (D.I. 65). By its motion, TD Banknorth incorporated by reference the Motion to Stay filed by the Qwest Defendants in Civil Action No. 06-546 (GMS) on Monday, December 18, 2006, and the memorandum and declaration filed in support thereof. (C.A. No. 06-546, D.I. 80-82). In further support of its Motion, TD Banknorth hereby joins in and incorporates by reference the reply memorandum filed by the Qwest Defendants in Civil Action No. 06-546 (GMS) on February 2, 2007. (D.I. 87).

For all the reasons cited in the Qwest Defendants' Motion to Stay and supporting memoranda and declaration (C.A. No 06-546, D.I. 80-82; 87), which are incorporated herein by

RLF1-3111492-1

reference, TD Banknorth respectfully requests that the Court stay this action in its entirety pending the completion of all of the reexamination proceedings by the United States Patent and Trademark Office involving Plaintiff's United States patents that have been asserted in this action as well as other related but unasserted patents.

OF COUNSEL:
Martin J. Black
Andrew J. Mottes
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Dated: February 5, 2007

/s/ William J. Wade
William J. Wade (#704)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com
*Attorneys for TD BankNorth, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

Paul J. Lockwood
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

William J. Wade
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Richard K. Herrmann
Morris, James, Hitchens & Williams LLP
500 Delaware Avenue
Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

I hereby certify that on February 5, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Michael K. Plimack
Dale A. Rice
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878

| | |
|---|---|
| Daniel A. DeVito<br>Guy Perry<br>Marti Johnson<br>Elizabeth Weiskopf<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY 10036 | David Roodman<br>Lisa Martin<br>Ameer Gado<br>Bryan Cave LLP<br>One Metropolitan Sq.<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 63102 |
| Kenneth R. Adamo<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190 | Kevin G. McBride<br>Jones Day<br>555 South Flower St.<br>Fiftieth Floor<br>Los Angeles, CA 90071 |
| Samuel J. Najim<br>Olivia E. Marbutt<br>Jones Day<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, GA 30309-3053 | Thomas Dunham<br>Howrey LLP<br>1299 Pennsylvania Ave, NW<br>Washington, DC 20004 |
| Michael Bednarek<br>June E. Cohan<br>Paul Hastings Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005 | Martin J. Black<br>Andrew J. Mottes<br>Dechert LLP<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103-2793 |

_____
William J. Wade (#704)
Wade@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700