# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

302 658 9200
302 658 3989 Fax

Mary B. Graham
302.351.9199
mgraham@mnat.com

February 9, 2007

**BY E-FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE  19801

Re:     *Ronald A. Katz Tech. Licensing Inc. v. TD Banknorth Inc. et al*
          Civil Action No. 06-544 (GMS)

Dear Judge Sleet:

Briefing has now been completed in connection with defendants' Motions to Stay Action Pending the United States Patent and Trademark Office's Reexamination of Plaintiff's Patents (D.I. 64, 65, & 67).  Plaintiff RAKTL hereby requests oral argument in connection with this motion.

Respectfully,

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

MBG/dam
cc:     Clerk of the Court (by e-filing and hand delivery)
733440