

**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-3535
Fax: (213)894-4422

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

March 30, 2007

Clerk, United States District Court
District of Delaware

Re: MDL __1816__   In Re: __KATZ INTERACTIVE CALL PROCESSING__

Transfer of your Civil Case No. 1: 06-544

Case Title: __KATZ TECHNOLOGY LICENSING -VS- TD BANKNORTH, INC__

Dear Sir/Madam:

    An order having been made by the Judicial Panel on Multi-district Litigation transferring the above-numbered case to this district and assigning Judge R. Gary Klausner to preside over this litigation, we are transmitting herewith a certified copy of conditional transfer order from the MDL Panel. We have assigned the following case number to this case: __CV07- 2099 RGK (FFMx__
Please include reference to this case number when the case file is sent to this district.

We would appreciate receiving the case file as soon as possible. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By: __MWARREN__
    Deputy Clerk

cc: All counsel on the attorney service list.
Clerk, MDL Panel

CV-118 (05/00)   LETTER REQUESTING TRANSFER OF MDL CASE TO THIS DISTRICT