IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> TD BANKNORTH INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-544 (GMS) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, this action in Delaware having been closed as a result of the Transfer Order of the Judicial Panel on Multidistrict Litigation transferring this action to the Central District of California (D.I. 81), the undersigned hereby withdraw their appearance in this action as counsel for plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL"). The undersigned have not been retained to represent RAKTL in the multidistrict litigation. Because this action in Delaware was closed effective 4/11/07, as reflected by docket entry of that date, counsel understands that the requirement of Delaware Local Rule 83.7 to obtain substitute Delaware counsel as counsel of record does not apply at this time. In the event that the action were to be transferred back to Delaware for later proceedings, RAKTL and its continuing counsel, Heller Ehrman LLP, who are representing RAKTL in the multidistrict litigation, understand that RAKTL would then need to obtain representation by Delaware counsel at that time as required by Delaware Local Rule 83.5(d).

RAKTL and Heller Ehrman LLP are agreeable to this withdrawal. Both Heller Ehrman LLP and the undersigned believe that withdrawal can be accomplished without material adverse effect on the interests of RAKTL. See Professional Conduct Rule 1.16(b)(1).

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Julia Heaney*
                                        _____
                                        Mary B. Graham (#2256)
                                        Julia Heaney (#3052)
                                        Benjamin J. Schladweiler (#4601)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        302.658.9200

                                        *Attorneys for Plaintiff*
OF COUNSEL:                              *Ronald A. Katz Technology Licensing, L.P.*

Robert T. Haslam
Andrew C. Byrnes
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
650.324.7000

Michael K. Plimack
Dale A. Rice
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
415.772.6000

August 29, 2007
989916

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following William J. Wade, Anne Shea Gaza, Philip A. Rovner and Paul J. Lockwood.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 29, 2007 upon the following individuals in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| William J. Wade<br>Anne Shea Gaza<br>Richards, Layton & Finger<br>wade@rlf.com<br>gaza@rlf.com | Martin J. Black<br>Dechert LLP<br>martin.black@dechert.com<br><br>David A. Roodman<br>Bryan Cave LLP<br>daroodman@bryancave.com |
| Philip A. Rovner<br>Potter Anderson & Corroon, LLP<br>provner@potteranderson.com | Kenneth R. Adamo<br>Jones Day<br>kradamo@jonesday.com |
| Paul J. Lockwood<br>Skadden, Arps, Slate, Meagher & Flom<br>plockwood@skadden.com | Daniel A. DeVito<br>Skadden, Arpts, Slate, Meagher & Glom LLP<br>ddevito@skadden.com |
| Thomas M. Dunham<br>Howrey LLP<br>dunhamt@howrey.com | |

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com